## CHARLEY SHERMAN v. STATE.

No. A-2083.   Opinion Filed September 13, 1915.

(151 Pac. 486.)

1.   **APPEAL—Verdict.**   A verdict of guilty by a jury and judgment imposed accordingly by a trial court cannot be upheld in the Criminal Court of Appeals when the record fails to disclose competent evidence tending reasonably to support such verdict and judgment.

2.   **APPEAL — Discussion of Case.**   When a discussion of errors assigned can serve no good purpose, this Court will ordinarily decline to review them.

(Syllabus by the Court.'

*Appeal from District Court, Noble County;*
*Hon. W. M. Bowles, Judge.*

Charley Sherman was convicted of incest, and appeals. Reversed.

*H. A. Johnson,* for plaintiff in error.

*R. McMillan,* Assistant Attorney General, for the State.

ARMSTRONG, J.   The plaintiff in error, Charley Sherman, was convicted at the February, 1913, term of the District Court of Noble county on a charge of incest, and his punishment fixed at imprisonment in the state penitentiary for a period of ten years.

The attorney general has filed a confession in error in this cause, based upon the ground that there is no competent evidence in the record upon which to base a judgment of conviction.   A careful examination of the record by the court discloses the correctness of the attorney general's position.   The confession in error is therefore sustained.

No good purpose could be served by a discussion of the errors assigned.   The judgment is reversed upon the ground that the evidence is insufficient to justify the conviction.

DOYLE, P. J., concurs; FURMAN, J., absent.